

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Michael Allen Wells,

\* From the 104th District Court
of Taylor County,
Trial Court No. 28772-B.

Vs. No. 11-23-00281-CV

\* March 6, 2025

Zachary Ryan Sumruld; Dianna Clapp;
Craig Menear; Ted Decker; Richard
McPhail; and Sherre Maclin,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Michael Allen Wells.